| AO 10<br>*Rev. 1/2018* | FINANCIAL DISCLOSURE REPORT<br>INITIAL FILING | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>DeMarchi, Virginia K. | 2. Court or Organization<br><br>US District Court, Northern District of California | 3. Date of Report<br><br>12/11/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☑ Initial   ☐ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>11/30/2018 |
| 7. Chambers or Office Address<br><br>San Jose Courthouse<br>280 South 1st Street<br>San Jose, CA 95113 | | |
| ***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Partner, General Counsel, Executive Committee Member | Fenwick & West LLP |
| 2.   Alternate Director | Attorneys Insurance Mutual Risk Retention Group |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2013 | See Part VIII, note 2. |
| 2. 2008 | See Part VIII, note 3. |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeMarchi, Virginia K. | 12/11/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2018 | Fenwick & West LLP (partnership share) | $359,580.74 |
| 2. 2017 | Fenwick & West LLP (partnership share) | $1,166,020.00 |
| 3. 2016 | Fenwick & West LLP (partnership share) | $1,183,777.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | ▨▨▨▨ (salary) |
| 2. 2017 | ▨▨▨▨ (salary) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Exempt | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeMarchi, Virginia K. | 12/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank (cash, various accounts) | A | Interest | O | T | Exempt | | | | |
| 2. VOYA Universal Life Insurance Policy | | None | K | T | | | | | |
| 3. Fenwick & West LLP (partnership equity interest) | | None | N | T | | | | | |
| 4. Fenwick & West Investments LP, Series 2008 | D | Distribution | J | T | | | | | |
| 5. Fenwick & West Investments LP, Series 2012 | E | Distribution | J | T | | | | | |
| 6. Fenwick & West Investments LP, Series 2013 | D | Distribution | J | T | | | | | |
| 7. Fenwick & West Investments LP, Series 2015 | D | Distribution | K | T | | | | | |
| 8. Fenwick & West Investments LP, Series 2016 | B | Distribution | K | T | | | | | |
| 9. Voicefox | | None | | | | | | | |
| 10. ▓▓▓ | | None | M | U | | | | | |
| 11. VOYA Variable Life Ins Policy (H) | | | | | | | | | |
| 12. American International Group, Inc. (AIG) | | None | J | T | | | | | |
| 13. Voya Inv JPMorgan Small Cap (IJSSX) | | None | J | T | | | | | |
| 14. Voya Large Cap Growth Portfolio (IEOHX) | | None | K | T | | | | | |
| 15. Voya PRT Oppenheimer Global (IGMIX) | | None | J | T | | | | | |
| 16. Voya PRT TR Diversified Mid Cap (IAXIX) | | None | J | T | | | | | |
| 17. VY Clarion Global Real Estate (IRGIX) | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeMarchi, Virginia K. | 12/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Voya Russell LgCap Growth Indx (IRLNX) | | None | J | T | | | | | |
| 19.  401K ACCT #1 (H) | | | | | | | | | |
| 20.  American Funds Trgt Date 2035 R4 (RDFTX) | B | Dividend | M | T | | | | | |
| 21.  401K ACCT #2 (H) | | | | | | | | | |
| 22.  Vanguard Inst Index Plus (VIIIX) | A | Dividend | J | T | | | | | |
| 23.  Vanguard Inst TR 2035 (VITFX) | A | Dividend | L | T | | | | | |
| 24.  401K ACCT #3 (H) | | | | | | | | | |
| 25.  Fidelity Freedom K 2040 (FFKFX) | D | Dividend | | | | | | | |
| 26.  Fidelity Freedom 2040 K (FSNVX) | D | Dividend | | | | | | | |
| 27.  Vanguard Target 2040 (VFORX) | | None | N | T | | | | | |
| 28.  BROKERAGE #1 (H) | | | | | | | | | |
| 29.  American Funds Capital World Growth and Income Fund A | C | Dividend | K | T | | | | | |
| 30.  529 ACCT #1 (H) | | | | | | | | | |
| 31.  Bright Start College Savings 529 SB Aged Based 15-17 Yrs G | | None | L | T | | | | | |
| 32.  529 ACCT #2 (H) | | | | | | | | | |
| 33.  Bright Start College Savings 529 SB Aged Based 12-14 Yrs G | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, lines 1 and 2: These positions related to my responsibilities with my former law firm and were concluded prior to taking the bench.

Part II, line 1, and Part VII, line 3: As a partner at Fenwick & West LLP, I was a signatory to the partnership agreement which included insurance and retirement benefits. It also outlined the terms for the return of my equity interest in the partnership, which will take place interest-free over a period of 60 months, beginning 12 months following separation.

Part II, line 2, and Part VII, lines 4-8: Fenwick & West Investments LP is a private investment series that is sponsored and managed by my former law firm. I own a fractional share of each listed series. Each series is akin to a mutual fund, in that I do not own, nor do I have any right to select or control, the underlying investments. Further, I do not receive transaction information on the underlying investments, nor do I receive information on income attributable to them. My ownership in each specific series, and the income attributable to it, is reported in Part VII. The items listed below are the individual series' underlying investments, to the best of my information and belief.

Fenwick & West Investments LP, Series 2008:
Alion, Inc.
Couchbase
D2S, Inc.
Glimmerglass Networks, Inc.
Luxtera, Inc.
Pivotal Systems Corporation
Wortal, Inc.

Fenwick & West Investments LP, Series 2012:
Actelis Networks, Inc.
Authentic8, Inc.
Bill.com, Inc.
BountyJobs, Inc.
Chobolabs, Inc.
Circle Internet Services, Inc.
CrossBar, Inc.
Dropbox
Dynamic Signal, Inc.
Figma, Inc.
GigaGen, Inc.
Handle Financial, Inc.
Illumio, Inc.
Jaunt, Inc.
Kahuna, Inc.
Keywee, Inc.
Maker Media, Inc.
Mimosa Networks, Inc.
Nextdoor.com, Inc.
Peck, Inc.
PerceptiMed, Inc.
Prism Skylabs, Inc.
R2 Semiconductor, Inc.
Sano Intelligence, Inc.
SignalFx, Inc.
Space Pencil, Inc.
TasteMade, Inc.
ThousandEyes, Inc.
Tubular Labs, Inc.
Uber
Voxer, Inc.
Wandera, Inc.
Wealthfront Inc.
Zenreach, Inc.

Fenwick & West Investments LP, Series 2013:
A Medium Corporation
Actelis Networks, Inc.
Augmedix, Inc.
bill.com, Inc.
Blackfire Research Corporation
Bolt Threads, Inc.
BountyJobs, Inc.
ClassPass, Inc.

| Name of Person Reporting | Date of Report |
|---|---|
| DeMarchi, Virginia K. | 12/11/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

CNEX Labs, Inc.
Cohere Technologies, Inc.
CrossBar, Inc.
DataBricks, Inc.
Everlane, Inc.
Forward Networks, Inc.
Glimmerglass Networks, Inc.
Glint, Inc.
Gusto, Inc.
Handle Financial, Inc.
Illumio, Inc.
Jaunt, Inc.
Juvo Mobile, Inc.
Maxta, Inc.
Mimosa Networks, Inc.
MINES.IO, Inc.
Nuna Incorporated
Omada Health, Inc.
Operator, Inc.
Orbital Insight, Inc.
PerceptiMed, Inc.
Primary Kids, Inc.
R2 Semiconductor, Inc.
Range Networks, Inc.
Science Exchange, Inc.
TasteMade, Inc.
Tile, Inc.
Velo3D, Inc.
Veriflow Systems, Inc.
Vicis, Inc.
Victorious, Inc.
Zedge
Zimperium, Inc.
ZypMedia, Inc.

Fenwick & West Investments LP, Series 2015:
AirMap, Inc.
Augmedix, Inc.
BountyJobs, Inc.
Breathometer, Inc.
Brilliant Home Technology, Inc.
Cafe X Technologies, Inc.
Chobolabs, Inc.
CNEX Labs, Inc.
Coffee Meets Bagel
CrossBar, Inc.
Eden Technologies Inc.
Eden Technologies Inc.
Fortanix, Inc.
Forter Ltd.
FoxCommerce, Inc.
Future Lab, Inc.
Glimmerglass Networks, Inc.
Glint, Inc.
Grail, Inc.
Gyroscope Innovations, Inc.
HyperTrack, Inc.
Ironclad, Inc.
Islands Media, Inc.
Juvo Mobile Inc.
Keywee, Inc.
Life On Air, Inc.
Lyra Health, Inc.
Madison Reed, Inc.
Memery, Inc.
Might AI, Inc.
NeuVector, Inc.

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Nimble Rx
Opternative, Inc.
Orbital Insight, Inc.
PerimeterX, Inc.
PlushCare, Inc.
Preempt Security, Inc.
Quizlet, Inc.
Qumulo, Inc.
Reflektive, Inc.
Samsara Networks, Inc.
Sano Intelligence, Inc.
ScaleFlux, Inc.
Sigma Accolade, Inc.
Simple Contacts, Inc.
Spot Tech, Inc.
SpotHero Inc.
SpringML, Inc.
StrideSpark, Inc.
SubPac, Inc.
Symphony Communications Services Holdings, LLC
Thanx, Inc.
Timescale Inc.
TripActions, Inc.
UpGuard, Inc.
Velo3D, Inc.
Waltz Networks Inc.
Wandera, Inc.
Wrap Media, Inc.

Fenwick & West Investments LP, Series 2016:
725-1 Corporation (OWL)
Allume, Inc.
Area17, Inc.
Armorblox,Inc.
AutoFi, Inc.
Brilliant Home Technology, Inc.
CNEX Labs, Inc.
Coinbase Global, Inc.
Compound Eye Inc.
Data-Driven Documents, Inc.
Dynamic Signal, Inc.
Ebersol Sports Media Group, Inc.
Elegen Corp.
Espressive, Inc.
Gamers Net, Inc.
Gaze Inc.
Glimmerglass Networks, Inc.
Glint, Inc.
Handle Financial Inc.
Ironclad, Inc.
Juvena Therapeutics
Kahuna
Madison Reed
Metabase, Inc.
MeWe, Inc.
Mindstrong, Inc.
Molekule, Inc.
Mynd Management, Inc.
Nefeli Networks, Inc.
NeuVector, Inc.
Nimble Rx, Inc.
PebblePost, Inc.
Pi Inc.
Pixvana, Inc.
PlushCare, Inc.
Present Company
Primary Kids, Inc.

| Name of Person Reporting | Date of Report |
|---|---|
| DeMarchi, Virginia K. | 12/11/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Propeller Factory, Inc.
Quizlet, Inc.
Range Labs, Inc.
ReadyUp Inc.
Reali, Inc.
Relativity Space Inc.
Roofstock, Inc.
Saildrone, Inc.
Scalyr, Inc.
Shift.org Inc.
Sigma Accolade, Inc.
SignalFx, Inc.
Socrates AI, Inc.
Stampli Ltd
Stride Software, Inc.
Sudden Coffee, Inc.
Super Heroic, Inc.
Tectus Corporation
Tekion Corp
Tile, Inc.
Trailspark, Inc.
Tripp, Inc.
ValiMail, Inc.
Zipongo

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| DeMarchi, Virginia K. | 12/11/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Virginia K. DeMarchi**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544